UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM HENRY JACKSON,

    Plaintiff,

v.                                        Case No.  4:21-cv-318-MW/MJF

WERNER ENTERPRISE,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This case is before the court on referral from the clerk of the court.[1] On August 4, 2021, the undersigned ordered Plaintiff to either pay the filing fee or submit a properly completed motion for leave to proceed *in forma pauperis*. Doc. 4. The undersigned provided Plaintiff until September 6, 2021, to comply. Plaintiff was warned that failure to comply with the order likely would result in dismissal of this case. *Id.* Plaintiff has not complied with the order and has not responded to the show-cause order issued on September 20, 2021. Doc. 6.[2]

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

[2] The show-cause order had a 21-day response deadline. The undersigned provided Plaintiff 14 additional days to respond in addition to the show-cause deadline.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court, failure to prosecute, and failure to pay the filing fee.[3]

2. The clerk of the court be directed to close this case file.

At Pensacola, Florida, this 27th day of October, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[3] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); *Wilson v. Sargent*, 313 F.3d 1315, 1320-21 (11th Cir. 2002) (noting that courts may dismiss a case for failing to pay the initial partial filing fee after issuing an order to show cause); *see* N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").