IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM HENRY JACKSON,

    *Plaintiff*,

v.                              Case No.: 4:21cv318-MW/MJF

WERNER ENTERPRISE,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to comply with orders of this Court, failure to prosecute, and failure to pay the filing fee." The Clerk shall close the file.

**SO ORDERED on November 29, 2021.**

                                                    s/Mark E. Walker        
                                                    **Chief United States District Judge**